Stephen R. Cornwell, CA Bar #40737
Judith M. Harless, CA Bar #64784
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff ANAMIRIA MADRIGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANAMIRIA MADRIGAL,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T WIRELESS SERVICES, INC., a Corporation; NEW CINGULAR WIRELESS SERVICES, INC., a Corporation; AT&T MOBILITY, LLC, a Corporation;<br><br>        Defendants. | CASE NO. 1:09-CV-00033-OWW-SMS<br><br>**STIPULATION FOR ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

Pursuant to Rule 15(a)(2), the parties, through their respective attorneys of record, stipulate and agree that Plaintiff ANAMIRIA MADRIGAL may amend her Complaint on file in this action to add a new party Plaintiff, AZTEK CELLULAR, INC. The Amended Complaint will be in the form attached hereto as Exhibit "A".

The parties further stipulate that Defendants' written consent to allow this amendment to the pleading does not constitute a waiver of any defenses or counterclaims Defendants have or may have with respect to either Plaintiff, MADRIGAL or AZTEK. In addition, the parties also stipulate that Defendants shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses in Defendants' answer to the original complaint are deemed responsive to the amended complaint.

///

DATED: February __26__, 2009.

CORNWELL & SAMPLE, LLP

By: __/s/    Judith M. Harless__
Stephen R. Cornwell
Judith M. Harless
Attorneys for Plaintiff

DATED: February __27__, 2009.

KOHUT & KOHUT LLP

By: __/s/    Richard A. De liberty__
Richard A. De Liberty
Attorneys for Defendants

ORDER

Good cause appearing,

IT IS SO ORDERED.

**Dated:    March 4, 2009**          __/s/ Oliver W. Wanger__
UNITED STATES DISTRICT JUDGE

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

STIPULATION FOR ORDER GRANTING LEAVE TO AMEND COMPLAINT
-2-