1

2        **UNITED STATES DISTRICT COURT**

3        **EASTERN DISTRICT OF CALIFORNIA**

4    **ANAMIRIA MADRIGAL, individually**      **09-CV-00033-OWW-SKO**
     **and doing business as Atzek**
5    **Cellular, a sole proprietorship;**     **ORDER TO SHOW CAUSE**
     **and ATZEK CELLULAR,INC.**
6
                            **Plaintiffs,**
7
8                **v.**

9    **NEW CINGULAR WIRELESS SERVICES,**
     **INC., a Corporation; and AT&T**
10   **MOBILITY, LLC, a Corporation**

11                          **Defendants.**

12       On August 17, 2009, the Court issued a Memorandum Decision and

13   Order which, consistent with the terms of their arbitration

14   agreement, ordered Plaintiffs and Defendants to arbitrate their

15   disputes over the scope and validity of their arbitration

16   agreement. (Doc. 30.)  Subsequently, Plaintiffs filed a petition

17   for writ of mandamus to the Ninth Circuit.  On December 10, 2009,

18   the Ninth Circuit denied the writ "without prejudice to the filing

19   of a motion to reconsider with the district court in light of

20   *Jackson v. Rent-A-Center West, Inc.*, 581 F.3d 912 (9th Cir. 2009),"

21   a new Ninth Circuit case. (Doc. 33 at 1.)  *Jackson* was issued in

22   September 2009, a few weeks after the Memorandum Decision and

23   Order.

24       On December 31, 2009, Plaintiffs filed a motion for

25   reconsideration in light of *Jackson*. (Doc. 34.)  Defendants filed

26   an opposition (Doc. 39) to which Plaintiffs replied (Doc. 42).  The

27   briefing on the motion focuses heavily on the *Jackson* decision.

28       On January 15, 2010, after Plaintiffs filed their motion for

                                1

1  reconsideration, the Supreme Court granted certiorari in *Jackson*.

2  *See Rent-A-Center, West, Inc. v. Jackson*, 130 S. Ct. 1133 (2010).

3  The grant of certiorari set a briefing schedule requiring

4  petitioner's opening brief to be filed on or before February 25,

5  2010, and respondent's brief to be filed on or before March 25,

6  2010. *Id.* Any reply brief was ordered to be filed in accordance

7  with Supreme Court rules. *Id.* Petitioner filed a reply brief on

8  April 16, 2010. *See* 2010 WL 1554408. According to the Supreme

9  Court's website, oral argument in *Jackson* is scheduled for April

10  26, 2010.[1]

11      Given the status of *Jackson*, the parties are ordered to show

12  cause, in writing, by 12:00 p.m. on April 27, 2010, why the hearing

13  on the motion for reconsideration (currently set for May 3, 2010)

14  should not be continued pending the Supreme Court's decision in

15  *Jackson*.

16

17

18  IT IS SO ORDERED.

19  **Dated:    April 22, 2010**                  **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26  _____

27      [1] **The argument calendar can be found by clicking on the "Oral
    Arguments" tab on the Supreme Court's website:**

28  **http://www.supremecourt.gov/**

**2**