Ronald J. Kohut (Bar No. 66463)
Richard A. De Liberty (Bar No. 203754)
KOHUT & KOHUT LLP
600 Anton Boulevard, Suite 1075
Costa Mesa, California 92626
714.384.4130
714.384.4131 (fax)

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAMIRIA MADRIGAL, et al., | No. 1:09-cv-00033-LJO-MJS |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NEW CINGULAR WIRELESS SERVICES, INC., et al., | |
| Defendants. | |

WHEREAS the Parties, Plaintiffs Anamiria Madrigal and Aztek Cellular, Inc. and Defendants New Cingular Wireless Services, Inc. and AT&T Mobility LLC, have reached a confidential agreement that resolves all claims between them; the parties have stipulated to withdraw from and terminate the arbitration proceeding between them; and the parties desire to dismiss all claims in this Action with prejudice, and for each party to bear its own attorney's fees and costs of this Action,

IT IS HEREBY STIPULATED by and between Plaintiffs Anamiria Madrigal and Aztek Cellular, Inc. and Defendants New Cingular Wireless Services, Inc. and AT&T Mobility LLC that: (1) the pending arbitration proceeding (*Anamiria Madrigal, an individual and Aztek Cellular, Inc. v. New Cingular WirelessServices, Inc. and AT&T Mobility LLC*; Case No. 74 484 Y 00301 11 nolg)  is terminated; (2) the jurisdiction of the Arbitrator and of the American Arbitration Association over the Parties and the claims between them is terminated; (3) all pending orders in this Action, including the

order compelling arbitration (ECF No. 30), are vacated; (4) this action is dismissed with prejudice; and (5) each party will bear its own attorney's fees and costs of this Action.

Dated: July 3, 2015                                KOHUT & KOHUT LLP


                                                   By _____
                                                       Richard A. De Liberty
                                                       Attorneys for New Cingular Wireless
                                                       Services, Inc. and AT&T Mobility LLC

Dated: July 3, 2015                                CORNWELL & SAMPLE, LLP


                                                   By _____
                                                       Steve Cornwell
                                                       Attorneys for Anamiria Madrigal and
                                                       Aztek Cellular, Inc.


IT IS SO ORDERED.

   Dated:  **July 6, 2015**                            **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE